IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DONALD W. MAIER,

    Petitioner,                           JUDGMENT IN A CIVIL CASE

v.                                        Case No. 17-cv-365-bbc

LIZZIE TEGELS,

    Respondent.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying Donald W. Maier's motion for relief from his sentence under 28 U.S.C. § 2254 and dismissing this case.

| /s/ | 5/2/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |