IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

DONALD W. MAIER,

                Petitioner-Appellant,

  v.                                                  Case No. 17-CV-365

JUDY P. SMITH,

                Respondent-Appellee.

---

## NOTICE OF APPEAL

---

Donald W. Maier, through his undersigned attorney, hereby gives notice pursuant to FED. R. APP. P. 3(c) and 4(a) that he appeals the order and judgment denying his petition for a writ of habeas corpus entered on May 2, 2018, in the United States District Court for the Western District of Wisconsin, the Honorable Barbara B. Crabb presiding. Mr. Maier takes this appeal to the United States Court of Appeals for the Seventh Circuit.

With this notice of appeal, Mr. Maier also files the docketing statement required by CIRCUIT RULE 3 (7th Cir.), a CIRCUIT RULE 26.1 disclosure statement, and a motion to proceed *in forma pauperis*. FED. R. APP. P. 24(a)(1).

Dated this 23rd day of May, 2018.

          Respectfully submitted,
          Donald W. Maier, by his attorney


          /s/ Thomas B. Aquino
          THOMAS B. AQUINO
          Assistant State Public Defender
          Office of the State Public Defender
          Post Office Box 7862
          Madison, WI 53707-7862
          (608) 266-1971
          aquinot@opd.wi.gov

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing to be served via the Court's CM/ECF system to Assistant Attorney General Daniel J. O'Brien this 23rd day of May, 2018.

          */s/ Thomas B. Aquino*
          Thomas B. Aquino